IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| TODD BAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No.  04-1365-MLB |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER GRANTING ATTORNEY'S FEES
UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)**

The Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made, payable to Plaintiff's attorneys, for attorney fees in the amount of $ 4,025.16.  The parties also agree, and the Court finds, that Plaintiff should be reimbursed for costs of $150.00 from the Judgment Fund administered by the Treasury Department.  This is also payable to Plaintiff's attorneys.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$4,025.16**, payable to Plaintiff's attorneys.

IT IS ALSO ORDERED THAT Plaintiff is awarded costs of **$150.00** to be paid from the Judgment Fund administered by the Treasury Department to Plaintiff's attorneys.

IT IS SO ORDERED.

Dated this 27th day of September, 2005.

        s/Monti Belot
_____
MONTI L. BELOT
United States District Judge

APPROVED BY:

**s/Mike Morgan**
MIKE MORGAN, # 7074
The Midland Group
727 North Waco, Suite 280
Wichita, KS 67203
Tel: 316-264-5628
Attorney for Plaintiff

ERIC F. MELGREN
United States Attorney

**s/Emily B. Metzger**
EMILY B. METZGER, #10750
Assistant United States Attorney
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
Phone: (316) 269-6481
Fax:    (316) 269-6484
Emily.metzger@usdoj.gov

Attorneys for the United States